UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRYSTAL GAIL MANGUM, )
)
                Plaintiff, )
) **JUDGMENT IN A**
v. ) **CIVIL CASE**
) **CASE NO. 5:21-CV-337-D**
OXYGEN MEDIA, LLC, and JENNIFER )
GEISSER, )
)
                Defendants. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on September 27, 2021 plaintiff filed a Notice of Voluntary Dismissal as to defendant Jennifer Geisser.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 13] and DISMISSES WITH PREJUDICE plaintiff's complaint. North Carolina's one-year statute of limitations bars plaintiff's defamation claim. The court DENIES as baseless plaintiff's motion for summary judgment [D.E. 17], motion for a hearing [D.E. 19], and motion for a mediated settlement conference [D.E. 28].

**This Judgment Filed and Entered on May 18, 2022, and Copies To:**

| | |
|---|---|
| Crystal Gail Mangum | (Sent to Anson Correctional Institution via US Mail) |
| Matthew Patrick McGuire | (via CM/ECF electronic notification) |
| Michael A. Kaeding | (via CM/ECF electronic notification) |

DATE:                                                PETER A. MOORE, JR., CLERK

May 18, 2022                          (By) /s/ Nicole Sellers
                                                              Deputy Clerk